UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of                                                    101 West Lombard Street
**George L. Russell, III**                              Baltimore, Maryland 21201
United States District Judge                                     410-962-4055

September 13, 2019

MEMORANDUM TO COUNSEL RE:              Towne Park, LLC v. Pro Park, Inc., et al.
                                                                Civil Action No. GLR-19-2474

Dear Counsel:

Today, the Court convened a teleconference to discuss the schedule in this case. This memorandum memorializes the agreements reached during the call.

Upon consideration of the parties' briefing schedule requests, the Court rescheduled the hearing on Plaintiff Towne Park, LLC's Motion for Preliminary Injunction, (ECF No. 14), to **Wednesday, October 16, 2019** at **9:30 a.m.** at the United States District Court for the District of Maryland, 101 W. Lombard Street, Baltimore, Maryland 21201, in **Courtroom 7A**. The briefing schedule for the hearing is as follows:

1.  Defendants' Response is due on **Thursday, September 19, 2019** by **4:30 p.m.**
2.  Towne Park, LLC's Reply is due on **Thursday, October 3, 2019** by **4:30 p.m.**

Also on October 3, 2019, the parties shall file a joint status report. The status report shall include stipulations of fact and procedural history, a stipulation regarding a two-week extension of the Consent Order for Entry of a Temporary Restraining Order, (ECF No. 14), and any request to refer this case to a United States Magistrate Judge for a mediation.

The briefing schedule for Defendant Pro Park, Inc.'s Motion to Dismiss, (ECF No. 20), shall accord with this Court's Local Rules. See Local Rule 105.2.a (D.Md. 2018).

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

_____/s/_____
George L. Russell, III
United States District Judge